MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ADAM L. WRIGHT (MABN 661283)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: adam.wright@usdoj.gov

Attorneys for United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTHONY PISARSKI and<br>SONNY MOORE<br><br>        DEFENDANTS | No. 3-13-70019 MAG LB<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL APPEARANCE FROM JANUARY 17, 2013 TO JANUARY 30, 2013 |

    Presently, the initial appearance date for Defendants Pisarski and Moore is scheduled for Thursday, January 17, 2013.

    The parties recently learned that Defendant Moore, who is in custody in Sacramento, has not yet been transferred to the Northern District of California. The United States Marshals expect this transfer to occur in sufficient time such that Defendant Moore would be available for a hearing on the week of January 28, 2013.

    To accommodate scheduling issues of counsel, the parties have agreed to move the initial appearance date for both defendants from January 17, 2013 to January 30, 2013.

///

///

1  In the interim period, Defendant Moore anticipates requesting a detention hearing in the
2  Eastern District of California. If Defendant Moore is released after this hearing, he would be present
3  at the initial appearance date on January 30, 2013. If Defendant Moore is not released after this
4  hearing, he anticipates requesting a Detention Hearing as soon as possible on the initial appearance
5  date of January 30, 2013.

6  Therefore, pursuant to this stipulation, the parties hereby request that the initial appearance
7  date for both Defendants currently scheduled on January 17, 2013 be vacated and rescheduled for
8  January 30, 2013.

SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: January 16, 2013         /s/
                                ADAM L. WRIGHT
                                Assistant United States Attorney

DATED: January 16, 2013         /s/
                                RONALD RICHARDS, ESQ.,
                                Attorney for ANTHONY PISARSKI

DATED: January 16, 2013         /s/
                                T. LOUIS PALAZZO, ESQ.
                                Attorney for SONNY MOORE

| | |
|---|---|
| 1 | [PROPOSED] ORDER |

For the reasons stated above, the Court sets January 30, 2013, as the date for the arraignment for both defendants. The Court finds that extension of time limits applicable under Federal Rule of Criminal Procedure 5.1(c) from the date of this Order through January 30, 2013, is warranted; that exclusion of this period from the time limits applicable under 18 U.S.C. § 3161 is warranted; that the ends of justice served by the continuance outweigh the interests of the public and the defendants in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time would deny counsel for the defendants and for the government the reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED

DATED: January 22, 2013

_____
HON. LAUREL BEELER
United States Magistrate Judge

3