1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  ADAM L. WRIGHT (MABN 661283)
   Assistant United States Attorney
5      450 Golden Gate Ave., Box 36055
       San Francisco, California 94102
6      Telephone:  (415) 436-7200
       Fax: (415) 436-7234
7      E-Mail: adam.wright@usdoj.gov

8  Attorneys for United States

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

12

13                              )
   UNITED STATES OF AMERICA     )    No.  3-13-70019 MAG LB
14                              )
        v.                      )    STIPULATION AND [PROPOSED]
15                              )    ORDER TO DEFENDANTS' WAIVER OF
                                )    PRELIMINARY HEARING AND
16  ANTHONY PISARSKI and        )    EXCLUSION OF TIME UNDER THE
    SONNY MOORE                 )    SPEEDY TRIAL ACT, 18 U.S.C. §
17                              )    3161(b), FROM JANUARY 10, 2013 TO
        DEFENDANTS              )    FEBRUARY 21, 2013
18  _____)

19

20         With the agreement of the parties, and with the consent of the defendants, the Court enters

21  this order scheduling an arraignment or preliminary hearing date of February 21, 2013 at 9:30 a.m.

22  before the duty magistrate judge, and documenting the defendants' waiver of the preliminary hearing

23  date under Federal Rule of Criminal Procedure 5.1 and the exclusion of time under the Speedy Trial

24  Act, 18 U.S.C. § 3161(b), from January 10, 2013 to February 21, 2013.

25         The parties agree, and the Court finds and holds, as follows:

26         1.  Defendant Moore is in custody pending detention hearings.  Defendant Pisarski has been

27  released from custody pursuant to conditions imposed by a court in the Eastern District of California.

28  //

    //

2.  The defendants agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) to provide reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The government is producing discovery in the case, and defense counsel needs time to review the discovery.

3.  The defendants exclude the period from January 10, 2013 to February 21, 2013 for purposes of setting the preliminary hearing under Federal Rule of Criminal Procedure 5.1.

4.  Counsel for the defendants believe that postponing the preliminary hearing is in their clients' best interest, and that it is not in their clients' interest for the United States to indict the case during the normal time period established in Rule 5.1.

5.  The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, these grounds are good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1.  Given these circumstances, the Court finds that the ends of justice served by excluding the period from January 10, 2013 to February 21, 2013, outweigh the best interest of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

///
///
///
///
///
///
///
///
///
///
///

6.   Accordingly, and with the consent of the defendants, the Court (1) sets a preliminary hearing date before the duty magistrate judge on February 21, 2013, at 9:30 a.m., and (2) orders that the period from January 10, 2013 to February 21, 2013, be excluded from the time period for preliminary hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: January 16, 2013                    _____/s/_____
                                           ADAM L. WRIGHT
                                           Assistant United States Attorney

DATED: January 16, 2013                    _____/s/_____
                                           RONALD RICHARDS, ESQ.,
                                           Attorney for ANTHONY PISARSKI

DATED: January 16, 2013                    _____/s/_____
                                           T. LOUIS PALAZZO, ESQ.
                                           Attorney for SONNY MOORE

1

2    **[PROPOSED] ORDER**

3    For the reasons stated above, the Court sets  an arraignment or preliminary hearing date of

4    February 21, 2013 at 9:30 a.m. before the duty magistrate judge, and documenting the defendants'

5    waiver of the preliminary hearing date under Federal Rule of Criminal Procedure 5.1 and the

6    exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from January 10, 2013 to

7    February 21, 2013.  The Court finds that the exclusion of tje time limits applicable under Federal

8    Rule of Criminal Procedure 5.1(c) from the date of this Order through February 21,  2013,  is

9    warranted; that exclusion of this period from the time limits applicable under 18 U.S.C. § 3161 is

10   warranted; that the ends of justice served by the continuance outweigh the interests of the public and

11   the defendants in the prompt disposition of this criminal case; and that the failure to grant the

12   requested exclusion of time would deny counsel for the defendants and for the government the

13   reasonable time necessary for effective preparation of counsel, taking into account the exercise of

14   due diligence, and would result in a miscarriage of justice.   18 U.S.C. §3161(h)(7)(B)(iv).

15

16        IT IS SO ORDERED.

17

18   DATED: January 22, 2013    _____

19                              HON. LAUREL BEELER
                                United States Magistrate Judge

20

21

22

23

24

25

26

27

28

4